01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08

MICHAEL A. JACKSON,                        )
09                                         )
                Petitioner,                )      CASE NO.  C13-0110-RSL
10                                         )
        v.                                 )
11                                         )      ORDER DISMISSING FEDERAL
JULIE A. SPECTOR, *et al.*,                )      HABEAS PETITION
12                                         )
                Respondents.               )
13  _____ )

14        This matter comes before the Court on the Report and Recommendation of the

15  Honorable Mary Alice Theiler, United States Magistrate Judge.  Judge Theiler recommends

16  dismissing petitioner's petition for writ of habeas corpus because he is no longer in custody on

17  the July 2005 conviction identified in the petition.   In response to the Report and

18  Recommendation, petitioner filed a new petition, complete with an application to proceed *in*

19  *forma pauperis*, related to an October 2012 conviction.   Dkt. # 11.  Petitioner has also filed a

20  motion requesting release from the King County Jail.   Dkt. # 13.

21            Having reviewed the Report and Recommendation, petitioner's new

22  submissions, and the remaining record, it is hereby ORDERED:

ORDER DISMISSING FEDERAL
HABEAS PETITION
PAGE - 1

01       (1)     The Court adopts the Report and Recommendation.

02       (2)     Petitioner's petition for writ of habeas corpus (Dkt. # 4) and this action are

03 DISMISSED with prejudice.

04       (3)     This dismissal is without prejudice to petitioner's ability to file a new action

05 seeking habeas relief regarding the October 2012 conviction.

06       (4)     Petitioner's motion for release is DENIED.

07       (5)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the

08 United States District Courts, a certificate of appealability is DENIED.

09

10       DATED this 19th day of June, 2013.

11

12

13                       _____

ROBERT S. LASNIK

14                     United States District Judge

15

16

17

18

19

20

21

22

ORDER DISMISSING FEDERAL
HABEAS PETITION
PAGE - 2